# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

EDWIN H. GRAF,

    Plaintiff(s),

v.     CASE NO: 8:11-CV-1356-T-30EAJ

ONE BEACON INSURANCE COMPANY,

    Defendant(s).
_____/

## ORDER

This case comes before the Court upon Defendant's Unopposed Motion to Stay Litigation Pending Resolution of Arbitration Proceeding (Dkt. #5). Upon review and consideration, it is

ORDERED AND ADJUDGED that:

1. Defendant's Unopposed Motion to Stay Litigation Pending Resolution of Arbitration Proceeding (Dkt. #5) is GRANTED.

2. The Clerk is directed to administratively close this file.

3. The parties may move the Court to reopen the case upon motion and good cause shown.

4.      Any pending motions are denied as moot.

**DONE** and **ORDERED** in Tampa, Florida on June 29, 2011.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO**:
Counsel/Parties of Record

*S:\Even\2011\11-cv-1356.admin close.wpd*